FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 19 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEO M. DICKERSON, <br><br> Defendant. | NO. CR18-226 RSL <br><br> ORDER ISSUING BENCH WARRANT |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 19th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES** _____ **NO** __XX__