# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

SEP 20 2018 JMG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ____ DEPUTY

United States of America
v.

LEO M DICKERSON

Case No. CR18-226 RSL

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay LEO M DICKERSON, who is accused of an offense or violation based on the following document filed with the court:

**X Indictment**  _ Superseding Indictment  _ Information  _ Superseding Information  _ Complaint
_ Probation Violation Petition  _ Supervised Release Violation Petition  _ Violation Notice  _ Order of Court

This offense is briefly described as follows:

Count 1 – Unlawful Possession of a Firearm, 18:922(g)(1)

Count 2 – Unlawful Possession of Ammunition, 18:922(g)(1)

Count 3 – Unlawful Possession of a Firearm, 18:922(g)(1)

Date: September 20, 2018

*Issuing officer's signature*

City and state: Seattle, WA

*Andy Quach, Deputy Clerk*
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/20/18 ; and the person was arrested on *(date)* 9/24/18 at *(city and state)* SEATTLE, WA .

Date: 9/24/18

*Arresting officer's signature*

SA FBI
*Printed name and title*