UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LEO M. DICKERSON,

    Defendant.

Case No. CR18-226RSL

CASE MANAGEMENT ORDER
IN CRIMINAL CASES

| | |
|---|---|
| **TRIAL DATE** | December 3, 2018 |
| All pre-trial motions must be filed by and noted on the motion calendar for the second Friday after the motion is filed per CrR 12 (c) (7) | October 15, 2018 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | November 23, 2018 |

    If any of the dates identified in this Order fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

    If a continuance of the trial is desired, counsel must first contact Teri Roberts, the judicial assistant, at 206-370-8810, to obtain a new trial date. When seeking a continuance by stipulation counsel must:

    1) state facts establishing good cause for the continuance. A request for continuance "in order to provide the parties more time to prepare" is not a sufficient showing to warrant a trial continuance "in the interest of justice;"

    2) file speedy trial waivers signed by the client with the stipulation to continue the trial. Although not dispositive on the subject, these waivers are useful to the Court in establishing that defendants have been consulted and are in agreement with the requested continuance. Stipulations for trial continuances will not be granted without a speedy trial waiver; and

CASE MANAGEMENT ORDER- 1

3) have defendants waive speedy trial to at least two weeks beyond the requested trial date.

## ALTERATIONS TO ELECTRONIC FILING PROCEDURES

As of June 1, 2004, counsel are required to electronically file all documents with the Court. Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov. The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

- Section III, Paragraph F - when the aggregate submittal to the court (*i.e.*, the motion, any declarations and exhibits, the proposed order, and the certificate of service) exceeds **50** pages in length, a paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office for chambers by 10:30 am the morning after filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."

## TRIAL EXHIBITS

The original and one copy of the trial exhibits are to be delivered to chambers four days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. The Court hereby alters the CR 16.1 procedure for numbering exhibits: plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with 500. If the government's exhibits exceed 499 please contact Kerry Simonds at 206-370-8519. The copy of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

DATED this 28th day of September, 2018.

                                             *Robert S. Lasnik*
                                             Robert S. Lasnik
                                             United States District Judge

CASE MANAGEMENT ORDER- 2