# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR18-226-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| LEO DICKERSON, | |
| Defendant. | |

This matter comes before the Court on the defendant's "Unopposed Motion to Continue Trial and Pretrial Motions Deadline." Dkt. #19. Having considered the facts set forth in the motion, and the defendant's knowing and voluntary waiver, the Court finds as follows:

1. The Court adopts the facts set forth in the unopposed motion; specifically, that defense counsel needs additional time to review discovery and prepare for trial. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that the additional time requested between December 3, 2018, and the proposed trial date of March 11, 2019 is a reasonable period of delay, as defense counsel needs additional time to fully review discovery and help Mr. Dickerson understand the evidence and his options; and that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all of the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(H)(7)(A).

5. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including April 30, 2019, Dkt. #20, which will permit trial to start on March 11, 2019, per defense counsel's request.

IT IS HEREBY ORDERED that the trial date be continued from December 3, 2018, to March 11, 2019.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to January 31, 2019.

IT IS FURTHER ORDERED that the period of time from the current trial date of December 3, 2018, up to and including April 30, 2019, shall be excludable time pursuant to the 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 1st day of November, 2018.

                                        */s/ Robert S. Lasnik*
                                        Robert S. Lasnik
                                        United States District Judge