UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LEO DICKERSON,

    Defendant.

No. CR18-226RSL

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

A hearing on Defendant's Motion to Withdraw Plea of Guilty (Dkt. # 39) has been rescheduled from Tuesday, February 5, 2019 at 1:30 p.m. to **Tuesday, February 5, 2019 at 11:30 a.m.** in courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

DATED this 1st day of February, 2019.

/s/Kerry Simonds
by Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

MINUTE ORDER