HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-226RSL |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW GUILTY PLEA |
| LEO DICKERSON, | |
| Defendant. | ~~(PROPOSED)~~ |

THE COURT has considered the motion to withdraw guilty plea and the records here in.

IT IS THEREFORE ORDERED that the Defendant's guilty plea is withdrawn.

DATED this 5th day of January, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Leo Dickerson

ORDER GRANTING UNOPPOSED
MOTION TO WITHDRAW GUILTY PLEA
(*Leo Dickerson*, CR18-226RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100