HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEO DICKERSON,<br><br>Defendant. | No. CR18-226RSL<br><br>(~~PROPOSED~~) ORDER TO SEAL EXHIBITS |

This matter has come before the undersigned on the motion of Leo Dickerson to file Exhibits 1 and 2 to Mr. Dickerson's Unopposed Motion to Withdraw Guilty Plea, filed at Dkts. 39-1 and 39-2 respectively, under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal. Specifically, these exhibits relate to juvenile criminal history, which should not be made public.

IT IS ORDERED that Exhibits 1 and 2 to Mr. Dickerson's Unopposed Motion to Withdraw Guilty Plea, previously filed at Dkts. 39-1 and 39-2, be filed under seal.

DATED this 5th day of ~~January~~ Feb 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Corey Endo
Assistant Federal Public Defender
Attorney for Leo Dickerson

ORDER TO SEAL EXHIBITS
(Leo Dickerson, CR18-226-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100