The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEO M. DICKERSON,<br><br>Defendant. | No. CR18-226-RSL<br><br>[PROPOSED]<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property that was seized on or about July 17, 2018, in Tacoma, Washington:

    a.    One Glock 26 9mm handgun bearing serial number BARU497;

    b.    One drum magazine loaded with 50 rounds of 9mm caliber ammunition;

    c.    One magazine loaded with 14 rounds of 9mm caliber ammunition; and

    d.    One magazine loaded with 9 rounds of 9mm caliber ammunition.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

Final Order of Forfeiture - 1
*United States v. Dickerson*, CR18-226-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In the plea agreement that Defendant Leo M. Dickerson entered on February 5, 2019, he agreed to forfeit his interest in the above-listed property (Dkt. No. 49, ¶ 12);
- On February 22, 2019, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and forfeiting the Defendant's interest in the property (Dkt. No. 60);
- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 63), and also provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Christiansen, ¶ 2, Ex. A); and
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///
///
///

Final Order of Forfeiture - 2
*United States v. Dickerson*, CR18-226-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 16th day of September, 2019.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Neal B. Christiansen*
NEAL B. CHRISTIANSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Neal.Christiansen2@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Dickerson,* CR18-226-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970